OSCAR LONG et al., Respondents, v. THE GREENE
COUNTY ABSTRACT & LOAN CO. et al., Ap-
pellants.

**Springfield Court of Appeals, November 2, 1909.**

JURISDICTION: Supreme Court: In Action to Set Aside Deed of
Trust on Grounds of Fraud in Procurement. In an action,
which has for its object, in part, the setting aside of a deed
of trust on real estate, on the grounds of want of consideration
and fraud in its procurement, the title to real estate is involved
and the appellate jurisdiction is in the Supreme Court.

Appeal from Greene Circuit Court (Division No. 2).—
*Hon. Alfred Page,* Judge.

CERTIFIED TO SUPREME COURT.

*W. R. Self* and *T. J. Murray* for appellants.

*Henry C. Young* for respondents.

COX, J.—This is an action which has for its object,
in part, the setting aside of a deed of trust, covering
certain real estate in the city of Springfield, on the
ground that it was without consideration and fraudu-
lently procured. Under the authority of the case of
Overton v. Overton, 131 Mo. 559, this action involves
title to real estate and must, therefore, be certified to
the Supreme Court, which is accordingly done. All
concur.